# Customer Purchase Order

JOHN DEERE

Case 14-32137 Ford John Deere Products 90 (2510 only) Page 6 of 6 #7026 P.003 /007

PO Rev / Revision# Original

| CUSTOMER'S NAME - First Signer (First, Middle Initial, Last) | | DATE OF ORDER | COMPANY UNIT | DEALER ACCOUNT NO. |
|---|---|---|---|---|
| GERALD L LAINE, JR | | Apr 01, 2011 | 03 | 034363 |
| (SECOND LINE OF OWNER NAME) | | DEALER ORDER NO. 022374 | | |
| STREET OR RR 0628 S 500 E | | SOC.SEC. | IRS NO. | EIN NO. |
| TOWN KNOX | STATE IN | ZIP CODE 46534 | TRANSACTION TYPE Finance | PURCHASER SALES TAX EXEMPT |
| COUNTY Starke | PURCHASER ACCT. | PHONE NO. 806-3613 | SELLER'S NAME & ADDRESS GILSINGER IMPLEMENT CO., INC | |
| E-MAIL ADDRESS | | | 3920 E 200 NORTH KNOX, IN, 46534 | |

| CUSTOMER'S NAME - Second Signer | | |
|---|---|---|
| STREET OR RR | | |
| TOWN | STATE | ZIP CODE |

I (We), the undersigned, hereby order from you the Product described below, to be delivered as shown below. This order is subject to your ability to obtain such Product from the manufacturer and you shall be under no liability if delivery of the Product is delayed or prevented due to labor disturbances, transportation difficulties, or for any reason beyond your control. The price shown below is subject to your receipt of the Product prior to any change in price by the manufacturer. It is also subject to any new or increased taxes imposed upon the sale of the Product after the date of this order.

Customer's Signature

± NOTICE: Products may be equipped with telematics hardware and software ("Telematics") that transmit data to John Deere/Dealer. Purchaser may deactivate Telematics at www.jdlink.com.

| QTY | N E W | D F T W O | H E U N T R I L S | U S E D | PRODUCT (Give Model, Size & Description) | Hours of Use | PRODUCT IDENTIFICATION NUMBER | DELIVERED CASH PRICE (Or Total Lease Payments) |
|---|---|---|---|---|---|---|---|---|
| 1 | X | | | | 2011 JOHN DEERE Select Series X300 Tractor with 42X Edge Xtra Deck Stock # 00110808 | 0 | 1M0X300CJBM1903 50 | $ 3,039 00 |

I (We) offer to sell, transfer, and convey the following item(s) at or prior to the time of delivery of the above Product, as a "trade-in" to be applied against the cash price. Such item(s) shall be free and clear of all security agreements, liens, and encumbrances at the time of transfer to you. The following is a description and the price to be allowed for each item.

| | | | TOTAL CASH PRICE | $ 3,039 | 00 |
|---|---|---|---|---|---|

| QTY | DESCRIPTION OF TRADE-IN | Hours of Use | PRODUCT IDENTIFICATION NUMBER | AMOUNT |
|---|---|---|---|---|
| | | | TOTAL TRADE-IN ALLOWANCE | $ 0 00 |

| PURCHASER TYPE | MARKET USE |
|---|---|
| 8  Residential | 89  Residential |

COMMENTS:

4.9 %  48 months

| | | |
|---|---|---|
| 1. TOTAL CASH-PRICE | $ 3,039 | 00 |
| 2. TOTAL TRADE-IN ALLOWANCE | $ 0 | 00 |
| 3. TOTAL TRADE-IN PAY-OFF | $ 0 | 00 |
| 4. BALANCE | $ 3,039 | 00 |
| 5. SALES TAX - (7.00%) | $ 212 | 73 |
| 6. | | |
| 7. | | |
| 8. SUB-TOTAL | $ 3,251 | 73 |
| 9. CASH WITH ORDER | $ 0 | 00 |
| 10. RENTAL APPLIED | $ 0 | 00 |
| 11. CASH DISCOUNT | $ 0 | 00 |
| 12. BALANCE DUE | $ 3,251 | 73 |

**IMPORTANT WARRANTY NOTICE** The John Deere warranty applicable to new John Deere product(s) is printed as an attachment to this document. There is no warranty on used products. The new product warranty is part of this contract. Please read it carefully. YOUR RIGHTS AND REMEDIES PERTAINING TO THIS PURCHASE ARE LIMITED AS SET FORTH IN THE WARRANTY AND THIS CONTRACT. IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS ARE NOT MADE AND ARE EXCLUDED UNLESS SPECIFICALLY PROVIDED IN THE JOHN DEERE WARRANTY.

± Notwithstanding Purchaser's right, title or interest in the Products, Purchaser agrees that John Deere and Dealer (their affiliates, successors and assigns), without further notice to Purchaser have the right to: (i) access, use, collect and disclose any data generated by, collected by, or stored in, Products or any hardware or devices interfacing with Products ("Machine Data"), (ii) access Machine Data directly through data reporting devices integrated within, or attached to, Products, including Telematics ("Data Reporting Systems"); (iii) update the Data Reporting Systems software from time to time. Machine Data will only be used in accordance with John Deere's Machine Data Policy, located at www.JohnDeere.com/MachineDataPolicy. Machine Data may be transferred out of the country where it is generated, including to the U.S.A.

DISCLOSURE OF REGULATION APPLICABILITY: When operated in California, any off-road diesel vehicle may be subject to the California Air Resources Board. In-Use Off-Road Diesel Vehicle Regulation. It therefore could be subject to retrofit or accelerated turnover requirements to reduce emissions of air pollutants.

ACKNOWLEDGEMENTS -I (We) promise to pay the balance due (line 12) shown above in cash, or to execute a Time Sale Agreement (Retail InstallmentContract), or a Loan Agreement, for the purchase price of the Product, plus additional charges shown thereon or execute a Lease Agreement, on or before delivery of the Product ordered herein. Despite physical delivery of the Product, title shall remain in the seller until one of the foregoing is accomplished.

| Customer's Signature | X [signature] | Accepted By | |
|---|---|---|---|
| Customer's Signature | | Date Accepted | |
| | | Salesperson | SALYER, ERNEST E |

| DELIVERY ACKNOWLEDGEMENT: | DELIVERED ON: Apr 01, 2011 | WARRANTY BEGINS: Apr 01, 2011 | SIGNATURE: (DEALER) |
|---|---|---|---|

Customer's Initials

# John Deere Credit Lawn & Grounds Care Finance Application

## Applicant

**Name:**              GERALD L LAINE Junior
**SSN:**               ████1535

**Physical Address:**  0628S. 500E.
                       KNOX, IN 46534

**Home Phone:**        575-806-3613
**Work Phone:**
**Income:**            $100,000.00

DO NOT SIGN THIS CREDIT APPLICATON/AGREEMENT BEFORE YOU READ IT OR IF ANY SPACE INTENDED FOR THE AGREED TERMS ARE LEFT BLANK. YOU ARE ENTITLED TO A COPY OF THIS CREDIT AGREEMENT AT THE TIME YOU SIGN IT. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. YOU MAY AT ANY TIME PAY OFF THE FULL UNPAID BALANCE UNDER THIS CREDIT AGREEMENT.

(1) Applicant and Co-Applicant ("You") represent that the information given in this application is complete and accurate and provided for the purpose of obtaining credit in an amount set by the credit policies and practices of FPC Financial, f.s.b. ("FPC"). You authorize FPC to check with reporting agencies credit references and any sources and each such source is authorized to provide FPC with such information, and you further authorize FPC to share all the foregoing information with Deere & Company ("Deere") and its other divisions and subsidiaries. (2) Married applicants may apply for an individual account. (3) You grant FPC and Deere permission to obtain a credit report on you for all legitimate purposes, including assisting in making a credit decision, reviewing your account, and assisting in taking collection activity. (4) IF YOU ARE APPLYING FOR A REVOLVING CREDIT ACCOUNT, YOU HAVE READ, AND ACKNOWLEDGE DELIVERY AND RECEIPT OF A COPY OF THE RETAIL CREDIT AND SECURITY AGREEMENT AND AGREE TO ITS TERMS. (5) If you are applying for a revolving credit account, and, for any reason, FPC is unable to grant you the credit, you hereby apply to Deere for credit on an installment basis if the purchase qualifies. (6) You authorize FPC and its affiliates to send you information on their products and services by facsimile transmission and other electronic means. (7) You understand that any decision to grant or deny a request for revolving or installment credit will be made by FPC and Deere , respectively, in Madison, Wisconsin. (8) You agree that any notices and disclosures can, at the option of FPC and Deere. , be provided electronically to the last internet address that you provided to FPC.

X _____          4-1-2011
**Applicant Signature**                 Date

FOR DEALER USE ONLY
   Dealer Name: GILSINGER IMPLEMENT CO., INC
   Dealer#: 033596
   Contact Name: Ernest Salyer



**JOHN DEERE**
CREDIT

| Purchase Receipt |
|---|

**GILSINGER IMPLEMENT CO., INC**
3920 E 200 N
KNOX, IN 46534-8184
US
(574) 772-3533

### Purchase Transaction

| | | | |
|---|---|---|---|
| **Dealer #:** | 90303596 | **Invoice #:** | 01067158 |
| **Date:** | April 1, 2011 | **Card Type:** | JDC Revolving Plan |
| **Account #:** | ***********9010 | | |
| **Account Name:** | ******9010 | | |
| **Authorization #:** | 848597 | **PO #:** | |
| **Model #:** | X300 | **Serial #:** | 1M0X300CJBM190350 |
| **DBC:** | 00036 X300 SELECT LAWN TRACTOR | | |
| **Credit Plan #:** | 02766 - 4.9% APR FOR 48 MONTHS | | |
| **Amount:** | $3,251.73 | | |

### Repayment Terms

The entire transaction amount will be assessed at the APR indicated and will either pay out in a fixed number of months or at repayment percentage indicated.

### Account Terms and Conditions

This purchase is subject to the terms of the issuer's credit agreement. I grant the issuer a purchase money security interest, except as limited in that agreement, in the goods described.

**Buyer's Signature X** _____

**Thank you for using JDC Revolving Plan.**

---------- Merchant Copy ----------

# JOHN DEERE CREDIT LAWN & GROUNDS CARE FINANCE APPLICATION

CaGROUNDS CARE FINANCION filled 09/25/14 Page 4 of 5    PERSONAL/HOUSEHOLD USE

(Please print) Fields marked with an asterisk (*) are required by law (USA PATRIOT ACT). Your application cannot be processed without this information.

First Name* **Greiriailid**    Initial*    Last Name* **Laiineii**    Suffix **JR**

Date of Birth* ▮▮▮    Social Security Number* ▮▮▮ - **1535**    Are you a U.S. Citizen?* Yes ☑ No ☐

Home Telephone Number **574** **806** **3|6|3**    Business/Cell Telephone Number ▮▮▮    Driver's License # ▮▮▮

Physical Street Address **0628 S. 500 E**    Time at current address? Years ▮ Months **3**

City* **KNOX**    State **IN** /ZIP **46534**    County/Equip. Location ____

Mailing or P.O. Box # (if different than Physical Street Address) ____

City ____ State ▮▮ ZIP ▮▮▮ - ▮▮▮    Total Annual Gross Income*† $ **1,000,000** .00

*Required field.    †Alimony, Child Support, or Separate Maintenance Payments Need Not be Disclosed Unless Relied Upon for Credit

## SPOUSE/CO-APPLICANT INFORMATION✓ Please complete for co-applicant, authorized user, and for spouse if you live in Wisconsin or other Community Property State.

First Name* ▮▮▮    Initial*    Last Name* ▮▮▮    Suffix ▮

Date of Birth* ▮▮▮    Social Security Number* ▮▮▮    Are you a U.S. Citizen?* Yes ☐ No ☐

Relationship to Applicant ☐ Spouse ☐ Parent ☐ Legal Guardian ☐ Other relationship

Physical Street Address ____

City ____ State ▮▮ ZIP ▮▮▮    Total Annual Gross Income*† $ ▮▮▮ .00

*Required field.    †Alimony, Child Support, or Separate Maintenance Payments Need Not be Disclosed Unless Relied Upon for Credit.    ✓Co-Applicant must sign Agreement.

## SEE THE REVERSE SIDE OF THIS APPLICATION FOR IMPORTANT DISCLOSURES. SEE THE RETAIL CREDIT AND SECURITY AGREEMENT FOR INFORMATION REGARDING YOUR RIGHT TO DISPUTE REVOLVING CREDIT BILLING ERRORS.

NOTICE BUYER(S): (a) DO NOT SIGN THIS CREDIT APPLICATION/AGREEMENT BEFORE YOU READ IT OR IF ANY SPACE INTENDED FOR THE AGREED TERMS ARE LEFT BLANK. (b) YOU ARE ENTITLED TO A COPY OF THIS CREDIT AND SECURITY AGREEMENT AT THE TIME YOU SIGN IT. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. (c) YOU MAY AT ANY TIME PAY OFF THE FULL UNPAID BALANCE UNDER THIS CREDIT AGREEMENT.

(1) You represent that the information given in this application is complete and accurate and provided for the purpose of obtaining credit in an amount set by our credit policies and practices. You authorize us to check with reporting agencies, credit references, and any sources, and each such source is authorized to provide us with such information and you further authorize us to share all the foregoing information with Deere & Company and its other divisions and subsidiaries. (2) Married Applicants may apply for an individual account. (3) You grant us permission to obtain a credit report on you for all legitimate purposes including assisting in making a credit decision, reviewing your account, and assisting in taking collection activity. (4) IF YOU ARE APPLYING FOR A REVOLVING CREDIT ACCOUNT, YOU HAVE READ, AND ACKNOWLEDGE DELIVERY AND RECEIPT OF A COPY OF THE RETAIL CREDIT AND SECURITY AGREEMENT ATTACHED TO THIS APPLICATION AND AGREE TO ITS TERMS. (5) If you are applying for a revolving credit account and, for any reason, we are unable to grant you that credit, you hereby apply to Deere & Company for credit on an installment basis if this purchase qualifies. (6) You authorize us and our affiliates to send you information on our products and services by Internet, facsimile transmissions and other electronic means. (7) You understand that any decision to grant or deny revolving credit will be made by FPC Financial, f.s.b. ("FPC") and Deere & Company in Wisconsin. (8) You agree that any notices and disclosures can, at the option of FPC and Deere & Co., be provided electronically to the last internet address that you provided us. (9) You also authorize us to disclose financial information about you as described in the credit agreement and future notices we may send you.

**SIGN HERE**      **SIGN HERE**

X _(signature)_    Date **4-1-2011**      X ____ Date ____
Applicant's Signature (Please do not print)      Co-Applicant's Signature (Please do not print)

| FOR REVOLVING DEALER USE ONLY | PURCHASE INTENT — REQUIRED FIELD |
|---|---|
| Dealer Name ____   Dealer No. ____ | Dealer Name ____ |
| Dealer Contact and Telephone Number ____ | ☐ Commercial Mowing Equipment    ☐ Small Equipment |
| Dealer Account No. ____   Patron No. ____ | ☐ Gator™ Utility Vehicle    ☐ Utility Tractor and Attachments |
| Amt. Financed ____   Auth No. ____ | ☐ John Deere Landscape Materials    ☐ Other or Unknown |
| Credit Plan No. ____   Description Code ____ | ☐ Residential Mowing Equipment |

## CONTINUE FOR INSTALLMENT FINANCING

*Have you ever filed for bankruptcy? Yes ☐ No ☐    *Has a Lien / Judgment been filed against you? Yes ☐ No ☐

Employer Name ____    Employer Phone ____    Years @ Employer ____

| | | | |
|---|---|---|---|
| Are you Self Employed? Yes ☐ No ☐ | Total Annual Gross Income $ ▮▮▮ .00 | Number of Dependents ▮ | |
| Checking Account Yes ☐ No ☐ | Savings Account Yes ☐ No ☐ | Other Installment Loan Yes ☐ No ☐ | |
| Major Credit Card Yes ☐ No ☐ | Department Store Card Yes ☐ No ☐ | Other Credit Card Yes ☐ No ☐ | |
| Manufacturer Credit Account Yes ☐ No ☐ | Residence type Own ☐ Rent ☐ | Mortgage/Rent Payment Amount $ ▮▮▮ .00 | |

Name and Address of Insurance Agency ____    Agent's Name ____

Policy Number ____    Agency's Phone Number ▮▮▮ - ▮▮▮

I (We) agree and understand that under the terms of any (our) contract with Lender, I (we) must at all times keep the Goods insured against all risk, loss damage, or destruction for the full insurable value, with Lender listed as loss payee.

**SIGN HERE**      **SIGN HERE**

X ____ Date ____      X ____ Date ____
Applicant's Signature (for insurance)      Co-Applicant's Signature (for insurance)

CR45 TOO/3 Litho in U.S.A. (10-10)



**JDC™ Revolving Plan**
**Online Credit Application**
**Response**

JOHN DEERE CREDIT

## Consumer        Approval Information

**Application Received:** April 01,2011
**Applicant Name:** GERALD L LAINE Junior
**Dealer #:** 033598
**Contact:** Ernest Salyer
**Credit Limit:** 5000
**Account #:** ▇▇▇▇▇▇ 9010

The account has been approved and applies only to this application with the terms and conditions you provided to your customer.

Would you like to authorize a transaction?

⚬ Yes - Go to Authorizations Only    [?]

⚬ Yes - Go to Online Transaction Center (OTC)    [?]

⦿ No

If you have questions you may call us at 1-800-541-2983.
**Thank you for your business!**

Enter Another Credit Application
Return to Pathways Dealer Menu or John Deere Landscapes Intranet

code 36
CPL 2766
2.3%

Terms & Conditions| Security| Privacy Policy| Contact Us