UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: LAINE, GERALD L | § | Case No. 14-32137 |
| LAINE, BARBARA J | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 15, 2014. The undersigned trustee was appointed on August 14, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $           2,713.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 1,030.94 |
| Leaving a balance on hand of [1]     $ | 1,632.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 03/12/2015 and the deadline for filing governmental claims was 03/12/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $420.52.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $420.52, for a total compensation of $420.52.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $23.40, for total expenses of $23.40.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/16/2015            By: /s/J. RICHARD RANSEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-32137  
**Case Name:** LAINE, GERALD L  
              LAINE, BARBARA J  
**Period Ending:** 07/16/15

**Trustee:** (520206)    J. RICHARD RANSEL  
**Filed (f) or Converted (c):** 08/15/14 (f)  
**§341(a) Meeting Date:** 09/16/14  
**Claims Bar Date:** 03/12/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence | 100,000.00 | 2,499.00 | | 0.00 | FA |
| 2 | 2 burial plots at Crown Hill Cemetary, Knox, | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4 | First Farmers Bank & Trust Checking | 80.00 | 0.00 | | 0.00 | FA |
| 5 | TCU Savings | 7.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods, furniture, appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Books, CDs | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Personal clothing and shoes | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Retirement Annunity through Union - not vested | Unknown | 0.00 | | 0.00 | FA |
| 10 | 2005 GMC Envoy | 7,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 Chevy Tahoe | 5,500.00 | 0.00 | | 0.00 | FA |
| 12 | John Deer lawn tractor | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | Opened 11/01/96 Last Active 4/17/12<br>Mortgage<br>Pri | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2014 tax refund  (u) | 2,713.00 | 2,713.00 | | 2,713.00 | FA |
| 14 | **Assets**    **Totals** (Excluding unknown values) | **$121,450.00** | **$5,212.00** | | **$2,713.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    2014 taxes

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015    **Current Projected Date Of Final Report (TFR):**    July 16, 2015  (Actual)

Printed: 07/16/2015 10:46 AM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-32137 | | Trustee: | J. RICHARD RANSEL (520206) |
|---|---|---|---|---|
| Case Name: | LAINE, GERALD L | | Bank Name: | Rabobank, N.A. |
| | LAINE, BARBARA J | | Account: | ******5266 - Checking Account |
| Taxpayer ID #: | **-***5038 | | Blanket Bond: | $57,318,324.00  (per case limit) |
| Period Ending: | 07/16/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/15 | {14} | United States Treasury | 2014 tax refund | 1224-000 | 2,713.00 | | 2,713.00 |
| 02/25/15 | 101 | Gerald and Barbara Laine | return 38% of 2014 tax refund | 8500-002 | | 1,030.94 | 1,682.06 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,672.06 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,662.06 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,652.06 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,642.06 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,632.06 |
| | | | **ACCOUNT TOTALS** | | 2,713.00 | 1,080.94 | **$1,632.06** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,713.00 | 1,080.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,713.00** | **$1,080.94** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5266** | 2,713.00 | 1,080.94 | 1,632.06 |
| | $2,713.00 | $1,080.94 | $1,632.06 |

{} Asset reference(s)

Printed: 07/16/2015 10:46 AM     V.13.23

Printed: 07/16/15 10:46 AM                **Claims Distribution Register - Exhibit C**                Page: 1

**Case:  14-32137    LAINE, GERALD L**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/15/14 | 200 | J. RICHARD RANSEL<br>228 WEST HIGH STREET<br>ELKHART, IN 46516<br>\<2100-00   Trustee Compensation\><br>Pursuant to Court Order dated 7/9/15. | 420.52 | 420.52 | 0.00 | 420.52 | 420.52 |
| | 08/15/14 | 200 | J. RICHARD RANSEL<br>228 WEST HIGH STREET<br>ELKHART, IN 46516<br>\<2200-00   Trustee Expenses\><br>Pursuant to Court Order dated 7/9/15. | 23.40 | 23.40 | 0.00 | 23.40 | 23.40 |
| | | | **Total for Priority 200:    100% Paid** | **$443.92** | **$443.92** | **$0.00** | **$443.92** | **$443.92** |
| | | | **Total for Admin Ch.  7 Claims:** | **$443.92** | **$443.92** | **$0.00** | **$443.92** | **$443.92** |
| **Priority Claims:** | | | | | | | | |
| 8P | 03/12/15 | 570 | INDIANA DEPARTMENTOF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204<br>\<5800-00   Claims of Governmental Units\> | 3,385.43 | 3,385.43 | 0.00 | 3,385.43 | 1,188.14 |
| | | | **Priority 570:    35.09569% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/18/14 | 610 | IU Health Starke Hospital<br>PO Box 339<br>Knox, IN 46534<br>\<7100-00   General Unsecured § 726(a)(2)\> | 2,559.94 | 2,559.94 | 0.00 | 2,559.94 | 0.00 |
| 2 | 01/05/15 | 610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>\<7100-00   General Unsecured § 726(a)(2)\> | 1,937.95 | 1,937.95 | 0.00 | 1,937.95 | 0.00 |
| 3 | 01/15/15 | 610 | Navient Solutions, Inc. on behalf of USA Funds<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430<br>\<7100-00   General Unsecured § 726(a)(2)\> | 11,452.21 | 11,452.21 | 0.00 | 11,452.21 | 0.00 |
| 4 | 02/02/15 | 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541<br>\<7100-00   General Unsecured § 726(a)(2)\> | 1,958.64 | 1,958.64 | 0.00 | 1,958.64 | 0.00 |

Printed: 07/16/15 10:46 AM

## Claims Distribution Register - Exhibit C

Page: 2

### Case:  14-32137    LAINE, GERALD L

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 02/23/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 4,050.04 | 4,050.04 | 0.00 | 4,050.04 | 0.00 |
| 6 | 03/05/15 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 3,543.99 | 3,543.99 | 0.00 | 3,543.99 | 0.00 |
| 7 | 03/12/15 | 610 | Cavalry SPV I,LLC<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road, Suite # 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 1,689.36 | 1,689.36 | 0.00 | 1,689.36 | 0.00 |
| 8U | 03/12/15 | 610 | INDIANA DEPARTMENTOF<br>REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204<br><7100-00   General Unsecured § 726(a)(2)> | 2,257.06 | 2,257.06 | 0.00 | 2,257.06 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$29,449.19** | **$29,449.19** | **$0.00** | **$29,449.19** | **$0.00** |
| 9 | 03/16/15 | 620 | Porter Hospital<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024<br><7200-00   Tardy General Unsecured § 726(a)(3)> | 1,069.44 | 1,069.44 | 0.00 | 1,069.44 | 0.00 |
| | | | **Priority 620:    0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$30,518.63** | **$30,518.63** | **$0.00** | **$30,518.63** | **$0.00** |
| | | | **Total for Case :** | **$34,347.98** | **$34,347.98** | **$0.00** | **$34,347.98** | **$1,632.06** |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　　　　　　Exhibit D

Case No.: 14-32137
Case Name: LAINE, GERALD L
Trustee Name: J. RICHARD RANSEL

**Balance on hand:** $ 1,632.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,632.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - J. RICHARD RANSEL | 420.52 | 0.00 | 420.52 |
| Trustee, Expenses - J. RICHARD RANSEL | 23.40 | 0.00 | 23.40 |

Total to be paid for chapter 7 administration expenses: $ 443.92
Remaining balance: $ 1,188.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,188.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,385.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | INDIANA DEPARTMENTOF REVENUE | 3,385.43 | 0.00 | 1,188.14 |

Total to be paid for priority claims: $ 1,188.14
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 29,449.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | IU Health Starke Hospital | 2,559.94 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 1,937.95 | 0.00 | 0.00 |
| 3 | Navient Solutions, Inc. on behalf of USA Funds | 11,452.21 | 0.00 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 1,958.64 | 0.00 | 0.00 |
| 5 | Capital Recovery V, LLC | 4,050.04 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 3,543.99 | 0.00 | 0.00 |
| 7 | Cavalry SPV I,LLC | 1,689.36 | 0.00 | 0.00 |
| 8U | INDIANA DEPARTMENTOF REVENUE | 2,257.06 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,069.44 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9 | Porter Hospital | 1,069.44 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**